UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY<br>OF AMERICA As Subrogee of<br>DUKE CUSTOM CABINETS, INC.<br><br>　　Plaintiff,<br>v.<br><br>ELECTROLUX HOME PRODUCTS,<br>INC.<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CIVIL ACTION NO. 4:12-CV-131JMM<br><br><br><br><br>JURY DEMANDED |

## ORDER SUBSTITUTING COUNSEL

In accordance with the Stipulation on file with this Court, the law firm of Barber, McCaskill, Jones & Hale, P.A., by and through attorney James Robertson, is hereby substituted for and on behalf of Defendant Electrolux Home Products, Inc. in the above-captioned cause in the place and stead of the Laser Law Firm by and through attorney J. Cotten Cunningham.

**IT IS SO ORDERED** this  9  day of   August  2012.

_____
United States District Judge