UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY | § | |
| OF AMERICA As Subrogee of | § | |
| DUKE CUSTOM CABINETS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:12-CV-131JMM |
| | § | |
| ELECTROLUX HOME PRODUCTS, | § | |
| INC. | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## ORDER SUBSTITUTING COUNSEL

In accordance with the Stipulation on file with this Court, the law firm of Barber, McCaskill, Jones & Hale, P.A., by and through attorney James Robertson, is hereby substituted for and on behalf of Defendant Electrolux Home Products, Inc. in the above-captioned cause in the place and stead of the Laser Law Firm by and through attorney J. Cotten Cunningham.

**IT IS SO ORDERED** this  9  day of   August  2012.

_____
United States District Judge